**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| REGINALD WHEELER, | ) | NO. CV 11-5813-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| COURT OF APPEAL, SECOND APPELLATE DISTRICT, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying 'Petition for Writ of Mandamus, etc.,'"

IT IS ADJUDGED that the Petition is denied.

DATED:  7/21 , 2011.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE